JS-6

DAVID D. LAWRENCE, State Bar No. 123039
E-mail: dlawrence@lbaclaw.com
SCOTT E. CARON, State Bar No. 227871
E-mail: scaron@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, CA 91210-1219
Telephone No. (818) 545-1925; Facsimile No. (818)-545-1937

Attorneys for Defendants
CITY OF DOWNEY; DOWNEY POLICE DEPARTMENT;
OFFICER LLAMAS (AND ESTATE OF JOSE LLAMAS)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER EUGENE PELAYO, JR.<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF DOWNEY, et al.<br><br>Defendants. | Case No. CV 07-02802 MMM (RZx)<br><br>Honorable Margaret M. Morrow<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS CITY OF DOWNEY, DOWNEY POLICE DEPARTMENT AND OFFICER JOSE LLAMAS (AND ESTATE OF OFFICER JOSE LLAMAS) PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 54(b)** |

("[PROPOSED]" shown struck through)

On July 31, 2008, the Court entered an Order granting summary judgment in favor of Defendants CITY OF DOWNEY, DOWNEY POLICE DEPARTMENT, and OFFICER JOSE LLAMAS (AND ESTATE OF OFFICER JOSE LLAMAS) and against Plaintiff PETER EUGENE PELAYO as to Plaintiff's remaining claims under 42 U.S.C. § 1983.

Accordingly, IT IS HEREBY ADJUDGED AND ORDERED that judgment shall be entered in favor of Defendants CITY OF DOWNEY,

1

DOWNEY POLICE DEPARTMENT, and OFFICER LLAMAS (AND ESTATE OF JOSE LLAMAS) and against Plaintiff PETER EUGENE PELAYO. Defendants CITY OF DOWNEY, DOWNEY POLICE DEPARTMENT, and OFFICER LLAMAS (AND ESTATE OF JOSE LLAMAS) shall be entitled to costs of suit incurred herein pursuant to Local Rule 54-1.

DATED: August 6, 2008       _____
                            HONORABLE MARGARET M. MORROW
                            United States District Judge

Respectfully Submitted by:

LAWRENCE BEACH ALLEN & CHOI, PC

By_____
    David D. Lawrence
    Scott E. Caron
Attorneys for Defendants
CITY OF DOWNEY; DOWNEY POLICE DEPARTMENT; OFFICER LLAMAS (AND ESTATE OF JOSE LLAMAS)